Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING DOCUMENTS IN SUPPORT OF PROPERTY BOND |
| v. | |
| BILLIE DEMPSEY et al., | |
| Defendants. | |

On May 5, 2011, the defendant, Mr. Dempsey, was released on bond in the amount of $25,000, which was secured by property owned by his sister and located in Suisun City, California. The Court gave the defense until May 26, 2011 to file the documents necessary to support the property bond (eg, title report and appraisal).

Stipulation and Proposed Order to Extend Filing Deadline
CR-11-0291 SBA

Mr. Dempsey was unable to pay the costs of a title report and appraisal on the property and the defense requested that the US Attorney waive these requirements. The US Attorney has agreed to waive the appraisal, but still requires a title report.

Mr. Dempsey, along with his family, is in the process of pooling the funds necessary and requests an additional two weeks to obtain the funds and procure the title report.

For this reason, counsel for the defendant and the US Attorney have agreed to extend the deadline for filing the documents needed to support the property bond from May 26, 2011 to June 9, 2011.

SO STIPULATED.

Dated: May 26, 2011              _____/S/_____
                                 James Mann
                                 Assistant United States Attorney


Dated: May 26, 2011              _____/S/_____
                                 Camellia Baray
                                 Attorney for Mr. Dempsey

Stipulation and ~~Proposed~~ Order to Extend Filing Deadline
CR-11-0291 SBA

1       For good cause shown, the deadline for filing the documents necessary to support the property bond posted on behalf of defendant is extended to June 9, 2011.

4 IT IS SO ORDERED.

7 DATED: June 3, 2011

                                      Laurel Beeler
                                      United States Magistrate Judge