Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR FILING DOCUMENTS IN SUPPORT OF PROPERTY BOND |
| v. | |
| BILLIE DEMPSEY et al., | |
| Defendants. | |

On May 5, 2011, the defendant, Billie Dempsey, was released on bond in the amount of $25,000, which was secured by property owned by his sister and located in Suisun City, California. The deadline to file the documents necessary to support the property bond is June 9, 2011.

Stipulation and Proposed Order to Extend Filing Deadline
CR-11-0291 SBA

1

1  Mr. Dempsey has obtained a title report and the owner of the property has signed an
2  Obligation and Deed of Trust.  The US Attorney assigned to the case, James Mann, agreed to
3  waive the appraisal requirement.
4  
5  Counsel for Mr. Dempsey forwarded the documentation to Mr. Mann for his approval
6  and discovered that he is out of the office until June 20, 2011.  Because Mr. Mann is unavailable
7  until after June 20, 2011 to review these documents and effectuate a stipulation releasing Mr.
8  Dempsey from the appraisal requirement, the attorneys for the government and the defense have
9  agreed to extend the deadline for filing the documents needed to support the property bond from
10 June 9, 2011 to June 23, 2011.

SO STIPULATED.

Dated: June 9, 2011            _____/S/_____
                               Garth Hire
                               Assistant United States Attorney


Dated: June 9, 2011            _____/S/_____
                               Camellia Baray
                               Attorney for Mr. Dempsey

Stipulation and ~~Proposed~~ Order to Extend Filing Deadline
CR-11-0291 SBA

1 | For good cause shown, the deadline for filing the documents necessary to support the property bond posted on behalf of defendant, Billie Dempsey, is extended to June 23, 2011.

IT IS SO ORDERED.

DATED: June 14, 2011

_____
Hon. Laurel Beeler
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order to Extend Filing Deadline
CR-11-0291 SBA

3