DAVID BILLINGSLEY, CABN 179068
BONJOUR, THORMAN, BARAY AND BILLINGSLEY
24301 Southland Dr., Suite 312
Hayward, CA 94545
(510) 785-5405 tel
(510) 670-0955 fax

Counsel for Defendant WILLIAM DEMPSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM DEMPSEY<br><br>    Defendant. | No. CR 11-00291-SBA<br><br>[~~PROPOSED~~] ORDER TO TEMPORARILY MODIFY RELEASE CONDITIONS |

To facilitate medical treatment for Defendant, WILLIAM DEMPSEY, IT IS HEREBY ORDERED that the pretrial release conditions of WILLIAM DEMPSEY be temporarily modified to allow him complete an endovascular procedure at Kaiser Hospital and be allowed time for rehabilitation at Sondra Dempsey's residence at 1337 Potrero Circle, Suisun City, CA. Mr. Dempsey is to return to New Bridge residential program on July 20, 2011. The court vacates the Status/Bail Review hearing set on July 7, 2011. The Status/Bail Review hearing is reset for August 9, 2011 at 9:30 a.m.

Date: June 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge