UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BILLIE WAYNE DEMPSEY, SR.,<br><br>　　　　　Defendant. | Case No:  CR 11-0291  SBA<br><br>**ORDER OF REFERENCE FOR CHANGE OF PLEA**<br><br>Docket 155 |

　　　Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Laurel Beeler for a report and recommendation on the acceptance of the Defendant's guilty plea.  Upon conducting such hearing on August 26, 2011 at 9:30 a.m., Magistrate Judge Laurel Beeler shall schedule the matter for judgment and sentence in Department 1 of this Court, Judge Saundra Brown Armstrong presiding.

　　　The status conference set for July 26, 2011 before Judge Saundra Brown Armstrong is vacated.  Pursuant to the parties' stipulation filed on July 21, 2011, time between July 26, 2011 and August 26, 2011 is excluded under the Speedy Trial Act due to defendant's inability to stand trial, under 18 U.S.C. §§ 3161(h)(4), and to allow for continuity of counsel, under 18 U.S.C. §§ 3161(h)(7)(A)&(h)(7)(B)(iv).

　　　IT IS SO ORDERED.


Dated:  July 21, 2011

　　　　　　　　　　　　　　　　　　　　*Saundra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge