Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00291 - SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS |
| v. | |
| BILLIE DEMPSEY et al., | |
| Defendants. | |

On June 29, 2011, the Court issued an order modifying Mr. Dempsey's release conditions, allowing him to leave the New Bridge residential treatment program in order to complete an endovascular procedure and recover therefrom. At that time, the Court ordered Mr. Dempsey to remain at his sister, Sondra Dempsey's, residence for rehabilitation and then return to New Bridge on July 20, 2011.

Mr. Dempsey went ahead with the medical procedure and has been recovering at his sister's house.  Unfortunately, the medical procedure did not have the desired effect, and Mr. Dempsey now must undergo bypass surgery.  He will have two diagnostic tests performed sometime within the next 7 days, and his bypass surgery is expected to be scheduled within 7 days of the final diagnostic test.  He expects to be in the hospital for a period of at least 7 days post-surgery for recovery.

Counsel for Mr. Dempsey, the US Attorney assigned to this case, James Mann, and the Pretrial Services Officer supervising Mr. Dempsey, Victoria Gibson, have all agreed to extend the previous order of the Court modifying Mr. Dempsey's release conditions for a period of 3 weeks to accommodate Mr Dempsey's medical needs.

Mr. Dempsey therefore requests that he be permitted to remain at his sister's residence and/or Kaiser Hospital in Oakland until August 10, 2011.  Mr. Dempsey will either return to New Bridge on August 10, 2011, or Mr. Dempsey will update the Court regarding his recovery.

SO STIPULATED.


Dated: 7/20/11                             _____/s/_____
                                           James Mann
                                           Assistant United States Attorney



Dated: 7/20/11                             _____/s/_____
                                           Camellia Baray
                                           Attorney for Mr. Dempsey

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR-11-00291 - SBA

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the pretrial release conditions of Mr. Dempsey be temporarily modified to allow him complete bypass surgery at Kaiser Hospital and be allowed time for rehabilitation at Sondra Dempsey's residence at 1337 Potrero Circle, Suisun City, CA. Mr. Dempsey is to return to New Bridge residential program on August 10, 2011.

IT IS SO ORDERED.

DATED: July 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge