Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA FROM AUGUST 26, 2011 TO NOVEMBER 15, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| BILLIE DEMPSEY et al., | Date:   August 26, 2011 |
| Defendants. | Time:  10:00 a.m. |
| _____/ | Court: Hon. Laurel Beeler |

The above-captioned matter is set on August 26, 2011 at 10:00 a.m. before the Hon. Laurel Beeler for a change of plea. The parties request that the Court vacate this date and reset the matter for a change of plea on November 15, 2011 at 10:00 a.m. before the Hon. Saundra Brown Armstrong, and that the Court exclude time under the Speedy Trial Act until November 15, 2011.

The reason for this request is that Mr. Dempsey has bypass surgery scheduled for August 29, 2011 and has several related medical appointments scheduled between today's date

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

1

and the date set for surgery.  Mr. Dempsey is then expected to need between 8-10 weeks for post-surgery recovery.  Both parties agree that Mr. Dempsey should be allowed to recover fully from his surgery before entering a plea in this matter.

The parties respectfully request that the Court exclude time between August 26, 2011 and November 15, 2011 to allow for continuity of defense counsel (pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)) and due to defendant's health concerns (pursuant to 18 U.S.C. §3161 (h)(4)).  The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

SO STIPULATED.

Dated: August 18, 2011           _____/S/_____
                                  James Mann
                                  Assistant United States Attorney

Dated: August 18, 2011           _____/S/_____
                                  Camellia Baray
                                  Attorney for Mr. Dempsey

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

1  For good cause shown, the change of plea currently set for August 26, 2011 is continued

2  to November 15, 2011 at 10:00 a.m. to be heard before the Hon. Saundra Brown Armstrong,

3  and that time between August 26, 2011 and November 15, 2011 is excluded under the Speedy

4

5  Trial Act pursuant to 18 U.S.C.§§3161(h)(4), (h)(7)(A), and (h)(7)(B)(iv).

6
    IT IS SO ORDERED.
7

8

9
    DATED:8/23/11
10                                                           Hon. Saundra Brown Armstrong
                                                             United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

3