Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLIE DEMPSEY et al.,<br><br>Defendants.<br>_____/ | No. CR 11-00291 - SBA<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE CONDITIONS |

On June 29, 2011, the Court issued an order modifying Mr. Dempsey's release conditions, allowing him to leave the New Bridge residential treatment program in order to complete an endovascular procedure and recover therefrom.  At that time, the Court ordered Mr. Dempsey to remain at his sister's, Sondra Dempsey, residence for rehabilitation and then return to New Bridge on July 20, 2011.

During the month of July, Mr. Dempsey was told that he needed bypass surgery, and the order modifying release was extended to August 10, 2011. Mr. Dempsey was told that the surgery would be scheduled at the end of July or beginning of August, but due to the need for additional medical testing, the time for surgery was delayed.

Mr. Dempsey now has bypass surgery scheduled for August 29, 2011. After the surgery, Mr. Dempsey expects to spend one week in the hospital and 8-10 weeks at his sister's home recovering.

Counsel for Mr. Dempsey, the US Attorney assigned to this case, James Mann, and the Pretrial Services Officer supervising Mr. Dempsey, Victoria Gibson, have all agreed to extend the previous order of the Court modifying Mr. Dempsey's release conditions for a period of 3 months to accommodate Mr Dempsey's medical needs.

Mr. Dempsey therefore requests that he be permitted to remain at his sister's residence and/or Kaiser Hospital in Oakland until November 2, 2011. Mr. Dempsey will either return to New Bridge on November 2, 2011, or Mr. Dempsey will update the Court regarding the status of his recovery.

SO STIPULATED.

Dated: August 10, 2011        ____/S/_____
                              James Mann
                              Assistant United States Attorney


Dated: August 10, 2011        ____/S/_____
                              Camellia Baray
                              Attorney for Mr. Dempsey

Stipulation and ~~Proposed~~ Order Modifying Release Conditions
CR-11-00291 - SBA

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the pretrial release conditions of Mr. Dempsey be temporarily modified to allow him to complete bypass surgery at Kaiser Hospital and to recover at Sondra Dempsey's residence at 1337 Potrero Circle, Suisun City, CA. Mr. Dempsey is to return to the New Bridge residential program on November 2, 2011.

IT IS SO ORDERED.

DATED: September 28, 2011

LAUREL BEELER
United States Magistrate Judge