UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA TO DECEMBER 9, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| BILLIE WAYNE DEMPSEY, SR., | ) ) | |
| Defendant. | ) ) ) ) | Date:   November 18, 2011<br>Time:   10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the November 18, 2011 change of plea hearing in this matter be continued to December 9, 2011 at 10:00 a.m.  The parties further requested that time be excluded under the Speedy Trial Act between November 15, 2011 and December 9, 2011 to allow for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as defense counsel is not available on November 18, 2011.  The parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161,

**IT IS HEREBY ORDERED** that the change of plea hearing is continued from November 18, 2011 to December 9, 2011 at 10:00 a.m., and that time between November 15,

STIP. REQ. TO CONTINUE CHANGE OF PLEA TO DECEMBER 9, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1  2011 and December 9, 2011 is excluded under the Speedy Trial Act, and specifically pursuant to
2  18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
3
4  DATED:___11/4/11                                  _____
                                                     HON. SAUNDRA BROWN ARMSTRONG
5                                                    United States District Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA TO DECEMBER 9, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA