Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BILLIE DEMPSEY et al.,<br><br>Defendants.<br>_____/ | No. CR 11-0291 SBA<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING FROM MARCH 21, 2012 TO MAY 24, 2012<br><br>Date:   March 21, 2012<br>Time:  10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

  The above-captioned matter is set on March 21, 2012 at 10:00 a.m. before the Hon. Saundra Brown Armstrong for sentencing.  The parties request that the Court vacate this date and reset the matter for sentencing on May 24, 2012 at 10:00 a.m.

  The reason for this request is that Mr. Dempsey has surgery scheduled for April 16, 2012 to address one or more hernias.   After surgery, Mr. Dempsey is expected to need

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

1

approximately 4 weeks time for recovery.  Both parties, along with Connie Cook, the US Probation Officer assigned to this case, agree that Mr. Dempsey should be allowed to recover fully from his surgery before sentencing in this matter.

The parties therefore stipulate and respectfully request that the sentencing currently scheduled for March 21st be reset to May 24, 2012.

SO STIPULATED.

Dated: February 28, 2012            _____/S/_____
                                    James Mann
                                    Assistant United States Attorney


Dated: February 28, 2012            _____/S/_____
                                    Camellia Baray
                                    Attorney for Mr. Dempsey

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

For good cause shown, the sentencing hearing set for March 21, 2012 is continued to May 24, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 3/2/12

Hon. Saundra Brown Armstrong
United States District Judge

Stipulation and Proposed Order to Continue
CR-11-0291 SBA