Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FROM MAY 24, 2012 TO JULY 10, 2012 |
| v. | Date: May 24, 2012 |
| BILLIE DEMPSEY et al., | Time: 10:00 a.m. |
| Defendants. | Court: Hon. Saundra Brown Armstrong |

  The above-captioned matter is set on May 24, 2012 at 10:00 a.m. before the Hon. Saundra Brown Armstrong for sentencing. The parties request that the Court vacate this date and reset the matter for sentencing on July 10, 2012 at 10:00 a.m.

  The reason for this request is that Mr. Dempsey continues to suffer from health complications. He is currently undergoing diagnostic tests for intestinal and urinary tract

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

1

problems.  In addition, Mr. Dempsey underwent a surgical procedure to address one or more hernias on April 16, 2012.   Both parties, along with Connie Cook, the US Probation Officer assigned to this case, agree that Mr. Dempsey should be allowed to recover fully from his surgery and complete diagnostic testing and treatment for any intestinal issues before sentencing in this matter.

In addition, the defense is in the process of providing Ms. Cook with copies of Mr. Dempsey's medical records.  Since the inception of this case, Mr. Dempsey has been hospitalized on more than one occasion and has had two surgical procedures performed (apart from his most recent surgery, Mr. Dempsey also had bypass surgery).  Mr. Dempsey treats with Kaiser and it can take several weeks for Kaiser to respond to requests for medical records.  The defense believes it should have the records pertaining to Mr. Dempsey's most recent surgery and subsequent follow up appointments within the next 8 weeks.  Once the records are received, they will be forwarded to Ms. Cook for consideration in her pre-sentence report.

///

///

///

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

The parties therefore stipulate and respectfully request that the sentencing currently scheduled for May 24, 2012 be reset to July 10, 2012.

SO STIPULATED.

Dated: April 19, 2012 　　　　　/S/_____
　　　　　　　　　　　　　　　　　James Mann
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: April 19, 2012 　　　　　/S/_____
　　　　　　　　　　　　　　　　　Camellia Baray
　　　　　　　　　　　　　　　　　Attorney for Mr. Dempsey

For good cause shown, the sentencing hearing set for May 24, 2012 is continued to July 10, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 5/4/12

_____
Hon. Saundra Brown Armstrong
United States District Judge

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

4