Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00291 - SBA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |
| BILLIE DEMPSEY et al., | |
| Defendants. | |

Based on the approval of the parties and good cause appearing therefore, it is

ORDERED that the defendant's release conditions be modified as follows:

1. The defendant is permitted to travel to Sacramento, California on July 28, 2012 from 8:00 am to 8:00 pm.

///

2. **All other conditions will remain in effect**.

Unopposed Motion to Modify Release Conditions
And ~~Proposed~~ Order
No. CR 11-00291 - SBA                     1

Dated: July 25, 2012

_____
LAUREL BEELER
United States Magistrate Judge

Unopposed Motion to Modify Release Conditions
And ~~Proposed~~ Order
No. CR 11-00291 - SBA          2